IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUGLAS FLADSETH; and LAW OFFICES OF DOUGLAS C. FLADSETH,<br><br>    Defendants.<br>_____/ | No. C 12-1157 CW<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Docket No. 42) |

    Plaintiff Colony Insurance Company has filed a motion for summary judgment on its claims against Defendants Douglas Fladseth and the Law Offices of Douglas C. Fladseth, and has noticed its motion for hearing on October 25, 2012.  Docket No. 42.  The Court previously set March 7, 2013 as the deadline to hear all case-dispositive motions and set a schedule for the filing of such motions.  Docket No. 41.

    The Court prefers to hear all case-dispositive motions at one time, absent a good reason to do otherwise.  Plaintiff's motion may be heard on the date noticed as long as Defendants are prepared to oppose it and neither party intends to file another case-dispositive motion to be heard at a later date.  The parties shall meet and confer about the schedule and file an appropriate motion under L.R. 7-11 if they are unable to agree.

    If Defendants wish to file a cross-motion for summary judgment, they shall do so according to the schedule set forth in the case management order and shall include the cross-motion in their opposition to Plaintiff's motion.  If Defendants file such a

cross-motion with their opposition, Plaintiff shall include its opposition to Defendants' cross-motion in its reply in support of its motion, which shall be filed one week later and Defendants shall file a reply in support of their cross-motion one week later.

IT IS SO ORDERED.

Dated: 9/12/2012

CLAUDIA WILKEN
United States District Judge